IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRAD WAYNE KEATON | § | |
| VS. | § | CIVIL ACTION NO.   1:06-CV-545 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Brad Wayne Keaton, a prisoner confined at the Stiles Unit of the Texas
Department of Criminal Justice, Correctional Institutions Division, brought this petition for writ of
habeas corpus pursuant to 28 U.S.C. § 2254.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States
Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of
this court.  The magistrate judge has submitted a Report and Recommendation of United States
Magistrate Judge.  The magistrate judge recommends dismissing the petition as barred by the statute
of limitations.

The court has received and considered the Report and Recommendation of United States
Magistrate Judge, along with the record, pleadings, and all available evidence.  Petitioner filed
objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and
the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration, the court concludes the
objections are without merit.  The petition is barred by the statute of limitations.  Petitioner has not

alleged exceptional circumstances warranting equitable tolling of the limitations period.  Further,

equitable tolling is not appropriate because petitioner did not diligently pursue his claims.

## ORDER

Accordingly, petitioner's objections are **OVERRULED**.   The findings of fact and

conclusions of law of the magistrate judge are correct and the report of the magistrate judge is

**ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's

recommendation.

So **ORDERED** and **SIGNED** this **12** day of **July, 2007.**


_____
Ron Clark, United States District Judge

2